# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT

# OPINION.

---

FIRST DEPARTMENT, MARCH, 1922.

NATHAN GARELIK and SAMUEL MARKMAN, Individually and as Copartners, etc., Respondents, v. MARY T. RENNARD and Others, Defendants, Impleaded with 1504 PARK AVENUE CORPORATION, Appellant.

*Appeal — dismissal — appeal from judgment dismissed where by prior decision and order of Appellate Division on appeal from order entered after reargument at Special Term judgment is vacated and defendant granted leave to withdraw demurrer and answer.*

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 25th day of August, 1921, upon the decision of the court rendered after trial at Special Term. Motion for judgment on the pleadings, consisting of complaint and demurrers of the defendants except defendant Rennard, who answered, was made by the plaintiffs pursuant to section 547 of the Code of Civil Procedure. Plaintiffs' motion was granted, but defendants' motion for leave to withdraw demurrers and to answer was denied. On reargument at Special Term defendants' motion to vacate judgment and for leave to withdraw demurrers and to answer was again denied. Demurring defendants appealed from said last-mentioned decision and order, except in so far as the said decision and order granted the motion for reargument. (See 200 App. Div. 904.)

PER CURIAM: An order of this court having been entered on February 17, 1922, reversing upon defendant's appeal an order of Special Term denying upon reargument defendant's motion to vacate the judgment herein, so far as it denied defendant leave to withdraw the demurrer and to answer, and granting said motion, the judgment was thereby vacated and leave given to defendant to withdraw demurrer and to answer. This appeal is, therefore, dismissed, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Appeal dismissed, without costs.